IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ACUITY, A MUTUAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>MAURER CONSTRUCTION, LLC; FINISH TOUCH DRYWALL & PAINT, INC., and LOUIS MOMBERG,<br><br>Defendants. | CV 18–99–M–DLC<br><br><br>ORDER |

**FILED**

AUG 0 9 2018

Clerk, U.S District Court
District Of Montana
Missoula

Pursuant to the notice of dismissal (Doc. 7) filed by the Plaintiff, and Federal Rule of Civil Procedure 41(a)(1),

IT IS ORDERED that this action is DISMISSED WITHOUT PREJUDICE.

All deadlines are VACATED and any pending motions are DENIED as moot.

DATED this 9th day of August, 2018.

Dana L. Christensen, Chief Judge
United States District Court